**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 253 EAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
RASHEED WITTS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.